980 P.2d 998

| Case | No. | Date | Disposition | Citation |
|---|---|---|---|---|
| Tseu v. Jeyte | 20489 | 8/26/98 | Denied | 88 Hawai'i 85, 962 P.2d 344 |
| Finley v. Home Ins. Co. | 20830 | 9/30/98 | Granted | |
| Queen's Medical Center v. Tokiyo Kagawa | 21034 | 10/28/98 | Granted | 88 Hawai'i 489, 967 P.2d 686 |
| State v. Ortiz | 20559 | 11/9/98 | Denied | 89 Hawai'i 232, 971 P.2d 321 |
| Queen's Medical Center v. Tokiyo Kagawa | 21034 | 11/16/98 | Dismissed | 88 Hawai'i 489, 967 P.2d 686 |
| State v. Jones | 20543 | 11/17/98 | Granted | —— Hawai'i ——, —— P.2d —— |
| State v. Guzman | 20477 | 11/19/98 | Denied | 89 Hawai'i 27, 968 P.2d 194 |
| State v. Perez | 20880 | 11/20/98 | Granted | 90 Hawai'i 113, 976 P.2d 427 |
| Crawley v. State Farm Mut. Auto. Ins. Co. | 21655 | 5/21/99 | Denied | 90 Hawai'i 478, 979 P.2d 74 |